Turner agt. Treadway.

# COURT OF APPEALS.

MARTHA M. TURNER, administratrix, &c., Respondent, *agt.*
LEMUEL B. TREADWAY, appellant.

*Promissory note — Bona fide holder.*

Where the plaintiff receives a note from the payee in payment of a precedent debt, but surrenders no security or evidence of indebtedness and parts with no value, he is not a *bona fide* holder for value, and the note in his hands is subject to all defenses, legal and equitable, which existed against it in the hands of the original payee.

*Argued October* 6, 1873 ; *decided October* 10, 1873.

*Samuel Hand,* for appellant.

*P. E. Havens,* for respondent.

ALLEN, *J.* — The plaintiff received the note in suit from the payee in payment of a precedent debt, but surrendered no security or evidence of indebtedness, and parted with no value. The indebtedness of the payee and indorser to the plaintiff was a simple contract indebtedness for a wagon sold and delivered for an agreed price and was not evidenced by any writing or written acknowledgment, and there was, therefore, nothing to surrender or cancel. The case is squarely and precisely within the uniform decisions in this state, from *Coddington* agt. *Bay* (20 *J. R.*, 637), to *Weaver* agt. *Barden* (49 *N. Y.*, 287). The plaintiff was not a *bona fide* holder of the note for value, and it was, therefore, subject, in his hands, to all the defenses, legal and equitable, which existed against it in the hands of the original payee.

The judgment must be reversed and a new trial granted.

All concur.

NOTE. — The above case is partially reported in memoranda, in 53 New York, at page 650, and has been considered of sufficient importance to publish in full. [ED.